UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                          :

VYACHESLAV BURDMAN, Individually and on :
Behalf of All Other Persons Similarly :
Situated,                             :         11-CV-9297 (KBF)
                                            :
                      Plaintiff,    :          ORDER
                                            :
           -v-                       :

CHINA MEDICAL TECHNOLOGIES, INC., et :
al.,                                        :
                                            :
                     Defendants.   :
----------------------------------------X

KATHERINE B. FORREST, District Judge:

On December 19, 2011, plaintiff Vyacheslav Burdman filed a class action lawsuit on behalf of all those who purchased American Depository Shares ("ADS") of China Medical between November 26, 2007 and December 12, 2011. The complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act").

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class--
>
>> (I) of the pendency of the action, the claims asserted therein, and the purported class period; and

> (II) that, not later than 60 days after the date
> on which the notice is published, any member of
> the purported class may move the court to serve
> as lead plaintiff of the purported class.

15 U.S.C. § 78u-4(a)(3)(A)(i). The PSLRA also requires that not later than 90 days after the date on which notice is published, the Court shall consider any motion made by a purported class member in response to the notice, and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of class members. See id. § 78u-4(a)(3)(B)(i). In the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the Court shall not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered. See id. § 78u-4(a)(3)(B)(ii).

The Court assumes that Plaintiff's counsel has complied with the PSLRA's notice requirements and published the required notice on or before January 9, 2012. Members of the purported class therefore have until March 9, 2012 to move the Court to serve as lead plaintiffs. Accordingly, it is hereby

ORDERED that a conference shall be held at 9:00 a.m. on April 6, 2012 in Courtroom 15A, United States Courthouse, 500 Pearl Street, New York, New York to consider any motions for

appointment of lead plaintiff and lead counsel and for consolidation.

IT IS FURTHER ORDERED that if Plaintiff has not yet published the required notice, it must notify the Court no later than February 7, 2012 and provide good cause why Plaintiff has not complied with the PSLRA's requirements.

IT IS FURTHER ORDERED that opposition to any motion for appointment of lead plaintiff shall be served and filed by March 23, 2012.

IT IS FURTHER ORDERED that the named plaintiff shall promptly serve a copy of this Order on each of the defendants.

IT IS FURTHER ORDERED that the initial pretrial conference originally scheduled for February 14, 2012 is hereby ADJOURNED.

Dated: New York, New York
       January 3 l , 2012

_____
Katherine B. Forrest
UNITED STATES DISTRICT JUDGE